**VERDICT FORM**

RECEIVED CLERK
JUL 02 2021
U.S. DISTRICT COURT

*You must unanimously agree to the answers to the following questions.*

1. Do you find that Mr. Barrick has proven by a preponderance of the evidence that PMI terminated his employment because of his protected activity in violation of the False Claims Act's anti-retaliation provision?

    (The elements of the claim are explained in Final Instructions Nos. 23–27.)
    ANSWER: YES ✗
    NO ___

    *If you answered "yes" to Question 1, proceed to Question 2.*
    *If you answered "no" to Question 1, skip all remaining questions, sign and date this form as provided below, and advise the Courtroom Deputy that you have reached a verdict.*

2. Did Mr. Barrick suffer any damages as a result of his termination from PMI?

    (Damages are explained in Final Instructions Nos. 28–33.)
    ANSWER: YES ✗
    NO ___

    *If you answered "yes" to Question 2, proceed to Question 3.*
    *If you answered "no" to Question 2, skip the remaining question, sign and date this form as provided below, and advise the Courtroom Deputy that you have reached a verdict.*

3. State the amount of economic and/or non-economic damages suffered by Mr. Barrick.

    (Damages are explained in Final Instructions Nos. 28–33.)
    Economic damages        $ 125,000.00
    Non-economic damages    $ -0-

*Sign and date this form as provided below and advise the Courtroom Deputy that you have reached a verdict.*

DATED July 2, 2021

_____
JURY FOREPERSON

64